IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNNE WINNER and DESTINY JENNINGS, on their own behalf and on behalf of all others similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| KOHL'S DEPARTMENT STORES, INC. | : | No. 16-1541 |

# ORDER

**AND NOW**, this      day of August, 2017, in consideration of the Motion of Defendant Kohl's Department Stores, Inc. to dismiss the First Amended Complaint of Plaintiffs Lynne Winner and Destiny Jennings (Docket Entry 32), Plaintiffs' Response (Docket Entry 35), Defendant's Reply (Docket Entry 38), and the Stipulation of the parties (Docket Entry 25), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

The First Amended Complaint of Plaintiffs Lynne Winner and Destiny Jennings is **DISMISSED**.

Judgment is **ENTERED** in favor of Defendant Kohl's Department Stores, Inc. and against Plaintiffs Lynne Winner and Destiny Jennings

BY THE COURT:


/s/John R. Padova
John R. Padova